Case 3:22-cr-00548-BAS   Document 97   Filed 03/18/24   PageID.372   Page 1 of 1

AO 247 (Rev. 11/11:CASD 05/15) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>BRUCE OMAR BUSTAMANTE-RODRIGUEZ (1)<br><br>Date of Original Judgment: 10/03/2022<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 22-CR-0548-BAS<br>USM No: 86413509<br><br>JOSEF SADAT<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of THIRTY-SEVEN (37) months **is reduced to** THIRTY-FOUR (34) MONTHS.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/03/2022 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/15/2024

*Judge's signature*

Effective Date:
*(if different from order date)*

HONORABLE CYNTHIA BASHANT
*Printed name and title*